**CERTIFICATION PURSUANT TO THE FEDERAL SECURITIES LAWS**

I, Ryan McCormack, hereby certify that the following is true and correct to the best of my knowledge, information, and belief:

1. I have reviewed the Complaint and authorize Scott+Scott Attorneys at Law LLP to file the Complaint and/or lead plaintiff papers on my behalf.

2. I am willing to serve as a representative party of persons who purchased, or otherwise acquired, Dingdong American Depository Shares pursuant or traceable to the F-1 registration statements (including all amendments made thereto) and related prospectus on Form 424B4 issued in connection with Dingdong's June 2021 initial public stock offering (the "Class"), including providing testimony at deposition and trial, if necessary.

3. I purchased and/or sold the security that is the subject of the Complaint, as set forth in the attached **Schedule A**.

4. I did not engage in the foregoing transactions at the direction of counsel nor in order to participate in any private action arising under the federal securities laws.

5. I have not sought to serve as a representative party or lead plaintiff on behalf of a class any private actions arising under the federal securities laws and filed during the three-year period preceding the date on which this certification is signed.

6. I will not accept any payment for serving as a representative party on behalf of the Class beyond the *pro rata* share of any recovery, except for such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at _____. (City, Country)

DocuSigned by:
*Ryan McCormack*
A28F2BF94AEA47B...

_____              _____
Date                                 Ryan McCormack

# Schedule A

**DINGDONG CAYMAN LTD -SPN ADR**      Ticker:    DDL    Cusip:    25445D101

Class Period: 10/20/2021 to 01/10/2022

**Ryan McCormack**

|  | DATE | SHARES | PRICE |
|---|---|---|---|
| **Purchases:** | 10/20/2021 | 40 | $24.96 |
| **Sales:** | 1/10/2022 | 40 | $12.35 |