

THOMAS+LAUGHLIN IV

Application GRANTED. The deadline to propose a schedule for the filing of an amended complaint is adjourned sine die pending my decision on reopening the lead plaintiff and lead counsel appointment process.

SO ORDERED: 1/4/2023

*Vernon Broderick*

HON. VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE

+ **Via ECF** +

December 20, 2022

The Honorable Vernon S. Broderick
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
50 Foley Square
New York, NY 10007

      Re:   *McCormack v. Dingdong (Cayman) Ltd. et al*
              Case No. 1:22-cv-07273 (VSB) (S.D.N.Y)

Dear Judge Broderick:

The parties in the above-referenced action jointly submit this letter motion in accordance with Section 1.G of Your Honor's Individual Practices, requesting that the December 21, 2022 deadline for the parties to file a proposed schedule for the filing of an amended complaint and subsequent response, set forth in the Court's order dated October 4, 2022 (ECF No. 15), be adjourned. *See also* Opinion and Order dated November 30, 2022 (ECF No 24) (denying lead plaintiff motion and setting a deadline for the parties to submit a proposed schedule for the filing of any amended complaint and subsequent response).

The parties make this request in light of Plaintiff Ryan McCormack's letter motion to reopen the lead plaintiff and lead counsel appointment process and allow notice to be republished, which was filed yesterday on December 19, 2022. (ECF No. 25).

The parties are not currently in a position to propose a schedule for the filing of an amended complaint and subsequent response given Plaintiff's pending motion, which will impact the subsequent proceedings in this action. For example, if the Court grants Plaintiff's request, then the lead plaintiff and lead counsel appointment process will be reopened, and the Court's decision on the subsequent lead plaintiff motion will impact the proceedings in this case. Accordingly, the parties will be able to propose an appropriate schedule for the filing of any amended complaint and Defendants' response for the Court's consideration, after the Court's decision on Plaintiff's pending motion.

For the foregoing reasons, we respectfully ask the Court to adjourn the December 21, 2022 deadline to propose a schedule for the filing of an amended complaint and subsequent response until the Court determines whether to reopen the lead plaintiff and lead counsel appointment process.

The Honorable Vernon S. Broderick
December 20, 2022
Page 2


This is the first request for an adjournment of the December 21, 2022 deadline.  Counsel for the undersigned Defendants consent to this request.



Dated: December 20, 2022                                          Sincerely,



**SCOTT+SCOTT ATTORNEYS AT LAW LLP**          **KIRKLAND & ELLIS LLP**

*/s/ Thomas L. Laughlin, IV*                                 */s/ Matthew Solum, P.C.*

Thomas L. Laughlin, IV                                       Matthew Solum, P.C.
Jonathan M. Zimmerman (*pro hac vice* forthcoming)           601 Lexington Avenue
The Helmsley Building                                        New York, NY 10022
230 Park Avenue, 17th Floor                                  Telephone: (212) 446-4800
New York, NY 10169                                           Facsimile: (212) 446-4900
Telephone:  (212) 223-6444                                   msolum@kirkland.com
Facsimile:  (212) 223-6334
tlaughlin@scott-scott.com
jzimmerman@scott-scott.com

*Attorneys for Plaintiff Ryan McCormack*                     *Counsel for Dingdong (Cayman) Ltd.*

**K&L GATES**                                                **SHEARMAN & STERLING LLP**

*/s/ Joanna A. Diakos*                                       */s/ Daniel C. Lewis.*

Joanna A. Diakos                                             Daniel C. Lewis
Priya Chadha                                                 Grace J. Lee
599 Lexington Avenue                                         Elizabeth J. Stewart
New York, NY 10022                                           599 Lexington Avenue
Telephone: (212) 536-3900                                    New York, New York 10022
Facsimile: (212) 536-3901                                    New York, New York 10022
joanna.diakoskordalis@klgates.com                            Telephone: (212) 848-4000
priya.chadha@klgates.com                                     Facsimile: (646) 848-4000
                                                             daniel.lewis@shearman.com
*Counsel for Colleen A. De Vries and*                        grace.lee@shearman.com
*Cogency Global Inc.*                                        elizabeth.stewart@shearman.com

                                                             *Counsel for Morgan Stanley & Co.*
                                                             *LLC, BofA Securities, Inc., Credit*
                                                             *Suisse Securities (USA) LLC, and*
                                                             *HSBC Securities (USA) Inc.*